UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YASAR ADAWI | : | |
| Plaintiff | : | |
| v. | : | Case No. 1:14-cv-00767-RJL |
| MID-ATLANTIC PETROLEUM PROPERTIES, LLC, et al. | : | |
| Defendants | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Yasar Adawi and Defendants, Mid-Atlantic Petroleum Properties, LLC, et al. stipulate to the dismissal of this lawsuit with prejudice.

Respectfully submitted,

| ZIPIN, AMSTER & GREENBERG, LLC | LERCH, EARLY & BREWER, CHTD. |
|---|---|
| By  /s/ Gregg C. Greenberg | By:  Michael J. Neary |
| Gregg C. Greenberg (Bar No. MD17291) | Harry Storm (Bar No. 332981) |
| Zipin, Amster & Greenberg, LLC | Marc R. Engel (Bar No. 412744) |
| 836 Bonifant Street | Michael J. Neary (Bar No. 976723) |
| Silver Spring, Maryland 20910 | Three Bethesda Metro Center, Suite 460 |
| (301) 587-9373 (phone) | Bethesda, Maryland  20814 |
| (301) 587-9397 (facsimile) | (301) 986-1300 (phone) |
| ggreenberg@zagfirm.com | (301) 347-1790 (facsimile) |
| | hcstorm@learchearly.com |
| | mrengel@lerchearly.com |
| *Counsel for Plaintiff* | mjneary@lerchearly.com |
| | *Attorneys for Defendants* |